JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCUS CASPER BREEK,<br><br>    Plaintiff,<br><br>v.<br><br>ASTON MARTIN LAGONDA OF NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00037-SB-AS<br><br>ORDER OF DISMISSAL |

    The parties filed a notice of settlement on April 17, 2023. This action is therefore dismissed in its entirety without prejudice. For 90 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party.[1] By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 91st day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.[2]

---

[1] The parties represent that Plaintiff expects to file a noticed motion for attorney's fees. The Court ORDERS the parties to meet and confer in person or by videoconference to attempt in good faith to reach agreement on the reasonable amount of attorney's fees to be awarded in this case. If the parties after thorough good-faith negotiations are unable to reach agreement, Plaintiff no later than May 12, 2023 may move for the Court to reopen the case for the limited purpose of adjudicating a motion for attorney's fees.

[2] The parties indicate that they anticipate fulfilling the terms of settlement within 120 days, but they identify no reason that it cannot be completed sooner. If the parties object to the Court's 90-day deadline, they shall file a joint statement within 7 days after entry of this order explaining in detail why the settlement cannot be completed in the time allowed. The Court will then set an in-person hearing to determine whether to vacate this order nunc pro tunc, and the parties should be

2

  The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 90 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.* IT IS SO ORDERED.

Date: April 18, 2023

                   Stanley Blumenfeld, Jr.
                   United States District Judge

---

prepared for the reinstatement of the current deadlines in the Case Management Order.